IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AARON ANDREW MERZ,

    Plaintiff,

v.                                            Case No. 1:20-cv-202-AW-GRJ

KILOLO KIJAKAZI, Acting
Commissioner of the Social Security
Administration,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    I have carefully considered the magistrate judge's November 4, 2021 Report and Recommendation, ECF No. 26, to which no objections have been filed. I now conclude that the Report and Recommendation should be approved, and it is adopted and incorporated by reference into this order. The clerk will enter a judgment that states "The decision of the Commissioner is affirmed." The clerk will then close the file.

    SO ORDERED on December 23, 2021.

                                                        s/ *Allen Winsor*
                                                        United States District Judge